Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
Ricardo Sandoval

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| RICARDO SANDOVAL, | Case No.: CV 11-3403 MRW |
| Plaintiff, | ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 24, 2012                    /s/ Judge Wilner

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1  DATE: January 20, 2012          Respectfully submitted,
                                   LAW OFFICES OF ROHLFING & KALAGIAN,
2  LLP

3                              BY: /s/ *Laura E. Krank*
                                   _____
4                                  Laura E. Krank
                                   Attorney for plaintiff Ricardo Sandoval

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV 11-3403 MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 20, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                */s/ Laura E. Krank*

                _____
                Laura E. Krank
                Attorneys for Plaintiff
                _____