1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: Laura.Krank@rksslaw.com
5
   Attorneys for Plaintiff
6  Ricardo Sandoval

7
                     **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                           **WESTERN DIVISION**
9

10

11 | RICARDO SANDOVAL,              ) Case No.: CV 11-3403 MRW
                                    )
12 |                                ) ~~/PROPOSED/~~ ORDER OF
               Plaintiff,           ) DISMISSAL
13 |                                )
           vs.                      )
14 | MICHAEL J. ASTRUE,             )
     Commissioner of Social Security,)
15 |                                )
                                    )
16 |           Defendant.           )
                                    )
17 |_____)

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
         IT IS SO ORDERED.
21 DATE:  January 24, 2012              /s/ Judge Wilner
22                      THE HONORABLE MICHAEL R. WILNER
                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-

1  DATE: January 20, 2012        Respectfully submitted,

2                                LAW OFFICES OF ROHLFING & KALAGIAN, LLP

3                            BY: /s/ *Laura E. Krank*
                                 _____
4                                Laura E. Krank
                                 Attorney for plaintiff Ricardo Sandoval

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV 11-3403 MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 20, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Laura E. Krank*

_____
Laura E. Krank
Attorneys for Plaintiff
_____